District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GLENN SHECK, and<br>KEVIN YAWORSKI,<br><br>Defendants. | NO. CR13-0031RSL<br><br>NOTICE OF DISMISSAL<br><br>Noting Date: May 12, 2023 |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Sarah Y. Vogel, Assistant United States Attorney, notifies the Court of its intent, with leave of the Court, to dismiss all pending charges in this case as to the above-named fugitive defendant, GLENN SHECK and KEVIN YAWORSKI, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Neither defendant appeared in this District in connection with this case.

Accordingly, with the leave of the Court, the United States dismisses the pending charges in the above-entitled cause against the above-captioned defendants, without

//
//
//

Notice of Dismissal - 1
*United States v. Sheck and Yaworski*, CR13-0031RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 prejudice.  The outstanding warrants also should be quashed.

2     DATED this 3rd day of May, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2074
E-mail: sarah.vogel@usdoj.gov

Notice of Dismissal - 2
*United States v. Sheck and Yaworski*, CR13-0031RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970