District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-0031RSL |
| Plaintiff, | |
| v. | |
| GLENN SHECK, and KEVIN YAWORSKI, | ORDER OF DISMISSAL |
| Defendants. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendants GLENN SHECK and KEVIN YAWORSKI.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

//

//

//

Order of Dismissal -- 1
*United States v. Sheck and Yaworski,* CR13-0031RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The outstanding warrant shall be quashed.

2

3    DATED this ___22nd___ day of May 2023.

4    _____

5    Robert S. Lasnik

6    United States District Judge

7

8    Presented by:

9    _s/ Sarah Y. Vogel_____

10   SARAH Y. VOGEL

11   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal -- 2
*United States v. Sheck and Yaworski,* CR13-0031RSL